**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| SAMNAM ARSHAD, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:06-CV-277 |
| § | |
| MICHAEL CHERTOFF, ET AL., § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07, on May 24, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss the action as moot.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 2nd day of July, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE